IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SILVER BAY PROPERTY
MANAGEMENT LLC,

   Plaintiff,

    v.

CHARLES TAYLOR, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-2534-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Douglas County. As set forth in the thorough and well-reasoned Report and Recommendation, federal jurisdiction may not be based upon federal defenses or counterclaims. This Court lacks subject matter jurisdiction. This action is REMANDED to the Magistrate Court of Douglas County.

T:\ORDERS\15\Silver Bay Property Management\r&r.wpd

SO ORDERED, this 31 day of August, 2015.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge